IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| RANDALL J. SMITH, | ) | |
| Plaintiff, | ) | Case No. CV04-541-S-EJL |
| vs. | ) | ORDER |
| MICHAEL J. SOPHIE, et al, | ) | |
| Defendants. | ) | |

Having considered the parties' Stipulation for Transfer of Action to the United States District Court for the Northern District of California, San Jose Division (Dkt. No. 24), and good cause appearing therefor, the Court will approve the stipulation.

**ORDER**

The parties' stipulation (Dkt. No. 24) is **APPROVED**. IT IS HEREBY ORDERED that United States District Court, District of Idaho Case No. CIV 04-541-S-EJL be transferred to the aforesaid United States District Court for the Northern District of California, San Jose Division to be consolidated with Case No. C-04-4908-JW.

DATED:  **April 21, 2005**

Honorable Edward J. Lodge
U. S. District Judge

ORDER - Page 1
05ORDERS\Smith04-541_Trans.WPD